Reginald Goeke
John M. Conlon
Niketa K. Patel
Joaquin M. C de Baca

**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Email: rgoeke@mayerbrown.com
         jconlon@mayerbrown.com
         npatel@mayerbrown.com
         jcdebaca@mayerbrown.com

*Attorneys for Plaintiffs Ligado Networks LLC &*
*Ligado Networks (Canada) Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LIGADO NETWORKS LLC and LIGADO NETWORKS (CANADA) INC., <br><br> Plaintiffs, <br><br> v. <br><br> INMARSAT GLOBAL LIMITED, <br><br> Defendant. | Adversary Proceeding No. 25-01086 (MG) <br><br> Hon. Martin Glenn |

**NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE SCHEDULED FOR OCTOBER 8, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the Pre-Trial Conference for a Removed Matter previously scheduled for October 8, 2025 at 10:00 a.m. (prevailing Eastern time) **has been adjourned to November 12, 2025 at 2:00 p.m. (prevailing Eastern time)**. The conference will take place via Zoom for Government. Parties wishing to appear at the conference must make an electronic appearance (an "eCourtAppearance") through the Court's website at https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern time) on November 11, 2025.

Dated: September 15, 2025
      New York, New York

Respectfully submitted,

*/s/* Reginald Goeke
Reginald Goeke
John M. Conlon
Niketa K. Patel
Joaquin M. C de Baca

**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Email: rgoeke@mayerbrown.com
      jconlon@mayerbrown.com
      npatel@mayerbrown.com
      jcdebaca@mayerbrown.com

*Attorneys for Plaintiffs Ligado Networks LLC*
*& Ligado Networks (Canada) Inc.*